IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH BENARD SPLUNGE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 4:14CV00548-SWW-JJV |
| | * | |
| | * | |
| COLBY SMITH, Correctional Officer, | * | |
| White County Detention Center; *et al.*, | * | |
| | | |
| Defendants. | | |

**ORDER**

By Order dated July 6, 2015 [doc.#17], the Court ordered plaintiff Joseph Benard Splunge to notify the Court of his current address and his intent to continue prosecution with this action within thirty days of the date of the Order. The Court informed plaintiff that failure to comply with the Order shall result in the dismissal without prejudice of his Complaint for failure to prosecute. As of this date, plaintiff has not filed anything with the Court and the time for doing so has long since passed.

Local Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.[1]

In light of plaintiff's failure to respond to the Court's July 6, 2015 Order, the Court finds that his Complaint should be dismissed without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without

---

[1] Plaintiff was previously apprised of this rule [doc.#3].

prejudice for failure to prosecute.

An appropriate Judgment shall accompany this Order.

Dated this 21st day of August 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE