# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| JOSEPH BENARD SPLUNGE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   No. 4:14CV00548-SWW-JJV |
| | * |
| | * |
| COLBY SMITH, Correctional Officer, | * |
| White County Detention Center; *et al.*, | * |
| | |
| Defendants. | |

## **ORDER**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 21st ay of August 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE